■ Beit Shalom, Inc., et al., Respondents, v Verizon New York, Inc., Appellants, et al., Defendants. [976 NYS2d 914]—Appeal from an order of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered February 6, 2013. The order granted the motion of plaintiffs for leave to reargue their opposition to that part of the cross motion of defendants Verizon New York, Inc., New York Telephone Co., Inc. and Verizon Communication, Inc. to dismiss the first cause of action and, upon reargument, denied the cross motion with respect to that cause of action.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ Jawan Chambliss, Appellant, v Isaac Stephen Davis, Respondent, et al., Defendants. [978 NYS2d 707]—Appeal from an order of the Supreme Court, Onondaga County (Brian F. DeJoseph, J.), entered March 18, 2013. The order granted the motion of defendant Isaac Stephen Davis for summary judgment dismissing the complaint against him.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.

■ In the Matter of Daniel Holmes, Appellant, v Brian Fischer, Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [976 NYS2d 914]—Appeal from a judgment of the Supreme Court, Wyoming County (Mark H. Dadd, A.J.), entered August 3, 2012 in a proceeding pursuant to CPLR article 78. The judgment denied the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs (*Matter of Robles v Evans*, 100 AD3d 1455, 1455 [2012]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.